UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BUFFALO LABORERS WELFARE FUND, et al.,

                Plaintiffs,

                                                  ORDER
v.                                               04-CV-212A

PROGRESSIVE WEATHERPROOFING, INC.,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On August 8, 2007, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that plaintiffs' motion for judgment by default be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, plaintiffs' motion for judgment by default is granted.

        The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

                                                s/ *Richard J. Arcara*  
                                                HONORABLE RICHARD J. ARCARA  
                                                CHIEF JUDGE  
                                                UNITED STATES DISTRICT COURT

DATED: August 28, 2007